IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COX, *et al.*, | * |
| Plaintiffs, | * |
| v. | Case No.  5:23-cv-149 (MTT) |
| | * |
| WAL-MART STORES EAST, L.P., *et al.*, | * |
| Defendants. | * |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated July 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 13th day of July, 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk